FILED

JAN 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FARRAH WILLIAMS,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>EAZE SOLUTIONS, INC.,<br><br>   Defendant-Appellee. | No. 19-17144<br><br>D.C. No. 3:18-cv-02598-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 9), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

            FOR THE COURT:


            By: Kyungah Suk
            Circuit Mediator

KS/Mediation